UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSE MANUEL SANCHEZ,

                Plaintiff,

v.

SHERIFF JOE LOMBARDO, et al.,

                Defendants.

Case No.  2:19-cv-00828-RFB-VCF

ORDER

**I.**    **DISCUSSION**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has been released from the custody of the Nevada Department of Corrections.  On March 2, 2021, the Court denied Plaintiff's motion to proceed *in forma pauperis* for prisoners as moot.  (ECF No. 13.)  The Court directed Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400.[1]  (*Id.*)

On March 8, 2021, Plaintiff filed a notice of change of address.  (ECF No. 14.)  Plaintiff has not filed an application to proceed *in forma pauperis* by a non-prisoner.  However, in light of Plaintiff's change of address, it is possible that Plaintiff did not receive the Court's previous order.  As such, the Court will give Plaintiff an extension of thirty (30) days from the date of this order to file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $400.

**II.**    **CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

---

[1] The Court notes that the filing fee for civil cases increased to $402 on December 1, 2020.  However, because Plaintiff initiated this case on May 13, 2019, prior to the increase in the filing fee, he would be subject to prior the $400 fee.

1

IT IS FURTHER ORDERED that within thirty (30) days from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS 15th day of April 2021.

_____
UNITED STATES MAGISTRATE JUDGE